IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DELPHUS COLE,                              )
                                           )
                    Plaintiff,             )
                                           )
        vs.                                )          Case No. 05-CV-02432-KHV-DJW
                                           )
BOBBY BOYDSTON, JEFFERSON                  )
PARTNERS, L.P., CHARLIE ZELLE, and         )
AMERICAN HOME ASSURANCE CO.,               )
                                           )
                    Defendants.            )

## ORDER OF DISMISSAL

**NOW** on this ___1st___ day of ___February___, 2005, the above-captioned and numbered

case comes before the Court.  The parties appear through counsel of record.  Plaintiff moves the

Court for its Order dismissing plaintiff's claims, without prejudice, against Jefferson Lines, Inc. and

Charlie Zelle as defendants.  For good cause shown, that motion is granted and the claims against

those two defendants are dismissed without prejudice.

**IT IS SO ORDERED.**

                                      s/ Kathryn H. Vratil
                                      _____
                                      **District Judge**

APPROVED:

ANDERSON & PRICE, P.C.

By _____
    Graydon S. Price          #17815
    4218 Roanoke, Suite 305
    Kansas City, Missouri 64111
    (816) 753-5900
    (816) 753-5920 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

WSABEOP0 100716866v1

WALLACE, SAUNDERS, AUSTIN,
BROWN & ENOCHS, CHARTERED

By

Paul Hasty, Jr.    KS #09132    MO #34470
10111 West 87th Street
P. O. Box 12290
Overland Park, Kansas  66282-2290
(913) 888-1000
(913) 888-1065 (facsimile)

**ATTORNEYS FOR DEFENDANTS**
**Bobby Boydston, Jefferson Partners, L.P.,**
**and Charlie Zelle**